UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA

    -v-

No.  10 Cr. 228 (S10) (LTS)

DANIEL BONVENTRE et al.,

    Defendants.
-------------------------------------------------------x

ORDER

For the reasons stated on the record at the conference on December 9, 2013, Defendant George Perez's application for a limiting instruction to the jury is denied.

This Order resolves docket entry numbers 563 and 564.

SO ORDERED.

Dated: New York, New York
      December 9, 2013

LAURA TAYLOR SWAIN
United States District Judge