# KRANTZ & BERMAN LLP

Larry H. Krantz
Marjorie E. Berman

Wendy Gersmann Powell
*Special Counsel*

Kimberly A. Yuhas

**ORIGINAL**

David V. Kirby
Aaron Twersky
*Of Counsel*

Writer's E-mail
kyuhas@krantzberman.com

April 29, 2014

**BY FACSIMILE (212-805-0426)**

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street, 8th Floor Mailroom
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 0 5 2014

Re: **United States v. Bonventre, et al., 10 Cr. 228 (LTS)**

Dear Judge Swain:

We represent George Perez in the above matter.

We write to request a modification in Mr. Perez's bail status to permit him to travel with his family to Hershey, Pennsylvania from June 13-15, 2014, for his daughter's soccer tournament. As the Court may recall, Mr. Perez has made similar requests in previous years to travel to Pennsylvania, which the Court has granted. This year, Mr. Perez's request is particularly important in light of his upcoming sentencing date.

The Government has indicated that it does object to this request. Mr. Perez has informed me that Pretrial Services has indicated that it has no objection to this travel request.

We thank the Court in advance for its consideration of this letter.

Respectfully Submitted,

Kimberly A. Yuhas, Esq.

*The request is granted.*

cc: Matthew Schwartz, Esq., Randall Jackson, Esq., John Zach, Esq., AUSAs (by Email)

**SO ORDERED:**
/s/ 5/5/2014
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

747 Third Avenue  32nd Floor  New York, New York 10017-2803  Telephone 212.661.0009  Fax 212.355.5009  www.krantzberman.com