# KRANTZ & BERMAN LLP

Larry H. Krantz
Marjorie E. Berman

Wendy Gerstmann Powell
*Special Counsel*

Kimberly A. Yuhas

David V. Kirby
Aaron Twersky
*Of Counsel*

Writer's E-mail
kyuhas@krantzberman.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 0 8 2014

December 5, 2014

**BY ECF and Facsimile**

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street, 8th Floor Mailroom
New York, New York 10007
Facsimile: 212-805-0426

Re:   **United States v. Bonventre, et al., 10 Cr. 228 (LTS)**

Dear Judge Swain:

As you know, we represent George Perez in the above matter. We write in response to the Court's order of today, December 5, 2014, regarding submissions considered in connection with the upcoming sentencings of the defendants in the above matter. In response to the Court's order, we are writing to inform the Court of one omission and one correction with respect to those submissions filed on behalf of Mr. Perez. In particular, omitted from the Court's order is Docket #1068, which is the Sentencing Letters submitted in support of George Perez. We are confident that the Court has reviewed these letters, but mention this in an excess of caution. Moreover, we also advise the Court of one technical clarification as to Docket # 1115. The Court has identified it, in the "Party" Column, as "Submitted by Perez on behalf of all Defendants;" however, the Amicus Brief was actually filed on behalf of defendants George Perez and Jerome O'Hara.

We thank the Court for its consideration of this letter.

*[Handwritten note:] The supportive letters have been reviewed in unredacted form; the submission will be added to the final version of Schedule A. The correction will be made in the final version.*

Sincerely,

Kimberly Yuhas

SO ORDERED:
/s/ Laura Taylor Swain   12/6/14
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

cc: All Counsel

747 Third Avenue  32nd Floor  New York, New York 10017-2803  Telephone 212.661.0009  Fax 212.355.5009  www.krantzberman.com