Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

## United States District Court

Southern District of New York

Caption:

United States v.

George Perez

10-CR-228 (LTS)

Docket No.: 14-4716

Judge Laura Taylor Swain
(District Court Judge)

Notice is hereby given that ___the United States of America___ appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other ☐ _____ (specify) entered in this action on ___December 22, 2014___ (date).

This appeal concerns: Conviction only ☐  Sentence only ✓  Conviction & Sentence ☐  Other ☐

Defendant found guilty by plea ☐  | trial ✓ | N/A ☐.

Offense occurred after November 1, 1987?  Yes ✓  No ☐  N/A ☐

Date of sentence: ___12/10/2014___  N/A ☐

Bail/Jail Disposition: Committed ☐  Not committed ✓  N/A ☐

Appellant is represented by counsel? Yes ✓ | No ☐  If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Larry Krantz, Esq. |
| Counsel's Address: | 747 Third Avenue, 32nd Floor |
| | New York, NY 10017 |
| Counsel's Phone: | 212-661-0009 |
| Assistant U.S. Attorney: | AUSA Randall W. Jackson |
| AUSA's Address: | One Saint Andrew's Plaza |
| | New York, New York 10007 |
| AUSA's Phone: | 212-637-1029 |

Randall W. Jackson
Digitally signed by Randall W. Jackson
DN: cn=Randall W. Jackson, o=USAO - SDNY, ou=DOJ, email=randall.jackson@usdoj.gov, c=US
Date: 2015.01.09 14:08:54 -05'00'

Signature