```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-17-2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

   -against-

GEORGE PEREZ,

                                 Defendant.
-------------------------------------------------------------X

10 CR 228 (LTS)

**ORDER**

IT IS HEREBY ORDERED, upon application of counsel for defendant George Perez, that Mr. Perez's bond issued November 13, 2009, is hereby exonerated and released, including the obligors on the personal recognizance bond ("PRB") as well as the property posted as security, which conditions were imposed to secure Mr. Perez's pre-trial release. It is further ordered that Pre-Trial Services or any other agency that has custody of Mr. Perez's passport return it to Mr. Perez's wife, Jeanette Perez, or to his counsel.

**IT IS SO ORDERED.**

Dated: New York, New York
       March 17, 2015

By: _____
Hon. Laura Taylor Swain
United States District Judge